# Court of Appeals
# of the State of Georgia

ATLANTA,____May 17, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1397. MARRIO TERRILL SIMMONS v. THE STATE.

This appeal was docketed on April 6, 2016. As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file enumeration of errors and briefs within 20 days of the date of docketing of the appeal. Therefore, appellant's brief and enumeration of errors were due no later than April 26, 2016.

On April 27, 2016, this Court ordered the appellant to file an enumeration of errors and a brief no later than May 9, 2016. As of the date of this order, the appellant has filed to file the enumeration of errors and brief.

Accordingly, this appeal is DISMISSED because appellant failed to file a brief and enumeration of errors.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_____* 05/17/2016 _____
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*